UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
AUSTIN DIVISION

2004 OC 28 AM 10: 50

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY_____ _____
DEPUTY

| | | |
|---|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; MAVERICK RECORDING COMPANY, a California joint venture; FONOVISA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Case No.:  A04CA704 LY |

       Plaintiffs,

vs.

DOES 1 - 51,

       Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2.     This Court has jurisdiction under 17 U.S.C. § 101 et seq.; 28 U.S.C. § 1331

(federal question); and 28 U.S.C. § 1338(a) (copyright).


3.     Venue in this District is proper under 28 U.S.C. § 1391(b) and/or 28 U.S.C. §

1400(a).  Although the true identity of each Defendant is unknown to Plaintiffs at this time, on

information and belief, each Defendant may be found in this District and/or a substantial part of

the acts of infringement complained of herein occurred in this District.  On information and

belief, personal jurisdiction in this District is proper because each Defendant, without consent or

permission of the copyright owner, disseminated over the Internet copyrighted works owned

and/or controlled by the Plaintiffs.  On information and belief, such illegal dissemination

occurred in every jurisdiction in the United States, including this one.  In addition, each

Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide

each Defendant with the access to the Internet which facilitated Defendants' infringing activities.


## PARTIES


4.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under

the laws of the State of Delaware, with its principal place of business in the State of California.


5.     Plaintiff Atlantic Recording Corporation is a corporation duly organized and

existing under the laws of the State of Delaware, with its principal place of business in the State

of New York.

6.      Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.      Plaintiff Maverick Recording Company is a joint venture between Maverick Records and Warner Bros. Records Inc., organized and existing under the laws of the State of California, with its principal place of business in the State of California.

8.      Plaintiff Fonovisa, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of California.

9.      Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

10.      Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

11.      Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

12.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

13.    Plaintiff Sony BMG Music Entertainment is a Delaware general partnership, with its principal place of business in the State of New York.

14.    Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

15.    Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

16.    Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

17.    Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

18.    The true names and capacities of the Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time at which the infringing activity of each Defendant was observed. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

3

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

19.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

20.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

21.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

22.     Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download, distribute to the public, and/or make available for distribution to others, certain of the Copyrighted Recordings.  Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available

4

for distribution to others.  In doing so, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution.  Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright.  (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, downloaded, distributed to the public, and/or made available for distribution to others additional sound recordings owned by or exclusively licensed to the Plaintiffs or Plaintiffs' affiliate record labels.)

23.     Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

24.     As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by the Defendant of each copyrighted recording.  Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

25.     The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money.  Plaintiffs have no adequate remedy at law.  Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.      For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.      For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.     For Plaintiffs' costs in this action.

4.     For Plaintiffs' reasonable attorneys' fees incurred herein.

5.     For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

DATED: _10-23-04_

James A. Cox
  State Bar No. 04946560
200 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: 214-855-3000
Telecopy: 214-855-1333
Email:  jcox@ccsb.com

*Attorney-in-Charge for Plaintiffs*

Of Counsel:
Fletcher L. Yarbrough
  State Bar No. 22137000
Mathew W. Grynwald
  State Bar No. 24012746
CARRINGTON, COLEMAN, SLOMAN &
  BLUMENTHAL, L.L.P.
200 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214)855-3000
Facsimile: (214)855-1333

**EXHIBIT A**

**Exhibit A**

## Doe #1 (209.30.46.50 2004-08-20 19:11:27 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Lenny Kravitz | Believe | Are You Gonna Go My Way | 149-143 |
| Sony BMG Music Entertainment | Bruce Springsteen | Hungry Heart | The River | 25-235 |
| Sony BMG Music Entertainment | Earth, Wind & Fire | Boogie Wonderland | I Am | 10-250 |
| BMG Music | Clint Black | Put Yourself In My Shoes | Put Yourself in My Shoes | 126-556 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| UMG Recordings, Inc. | U2 | New Year's Day | War | 42-944 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Sony BMG Music Entertainment | Sade | The Sweetest Taboo | Promise | 71-848 |
| Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 |
| Virgin Records America, Inc. | Lenny Kravitz | I Belong To You | 5 | 261-538 |

**Doe #2 (68.90.187.31 2004-09-03 14:03:46 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Brooks & Dunn | Boot Scootin' Boogie | Brand New Man | 140-290 |
| Sony BMG Music Entertainment | Los Angeles Negros | Dejenme Si Estoy Llorando | 30 Exitos | 74-268 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| Fonovisa, Inc. | Los Bukis | Una Noche Come Esta | Lo Romantico De Los Bukis | 113-279 |
| Arista Records LLC | TLC | No Scrubs | Fanmail | 298-454 |
| Fonovisa, Inc. | Los Temerarios | Te Hice Mal | En La Madrugada Se Fue | 278-322 |
| Fonovisa, Inc. | Los Temerarios | Te Quiero | Te Quiero | 233-242 |

**Exhibit A**

## Doe #3 (68.91.100.163 2004-09-27 06:57:46 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Matchbox 20 | Girl Like That | Yourself or Someone Like You | 227-755 |
| Capitol Records, Inc. | Everclear | Brown Eyed Girl | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Warner Bros. Records Inc. | Green Day | Waiting | Warning | 288-352 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Fonovisa, Inc. | Los Temerarios | Mi Vida Eres Tu | Mi Vida Eres Tu | 233-132 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| Fonovisa, Inc. | Los Temerarios | Como Te Recuerdo | Como Te Recuerdo | 250-381 |

**Exhibit A**

### Doe #4 (208.191.120.18 2004-08-21 13:25:02 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | Godsmack | Time Bomb | Godsmack | 241-879 |
| Interscope Records | Eminem | Amityville | The Marshall Mathers LP | 287-944 |
| UMG Recordings, Inc. | Ludacris | Coming to America | Word of Mouf | 304-605 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| UMG Recordings, Inc. | DMX | What These Bitches Want | ...And Then There Was X | 279-017 |
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Sony BMG Music Entertainment | Incubus | I Miss You | Make Yourself | 278-818 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |

**Exhibit A**

## Doe #5 (208.191.171.247 2004-08-21 17:00:08 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Dido | Don't Think Of Me | No Angel | 289-904 |
| Maverick Recording Company | Michelle Branch | You Get Me | The Spirit Room | 303-732 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Arista Records LLC | Adema | Giving In | Adema | 302-233 |
| UMG Recordings, Inc. | Sting | Desert Rose | Brand New Day | 271-015 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |

**Exhibit A**

**Doe #6 (209.184.170.148 2004-08-25 08:35:52 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Babyface | There She Goes | Face2Face | 305-629 |
| UMG Recordings, Inc. | Nazareth | Love Hurts | Hair of the Dog | N23222 |
| Sony BMG Music Entertainment | Nas | Hate Me Now | I Am | 175-149 |
| UMG Recordings, Inc. | Tonic | You Wanted More | Sugar | 273-919 |
| Sony BMG Music Entertainment | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |
| Sony BMG Music Entertainment | Nas | Got Ur Self A | Stillmatic | 305-698 |

**Exhibit A**

## Doe #7 (209.30.37.42 2004-09-23 12:34:01 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Missy Elliot | Beep Me 911 | Supa Dupa Fly | 245-232 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| UMG Recordings, Inc. | K-Ci & Jojo | All My Life | Love Always | 238-754 |
| Sony BMG Music Entertainment | Michael Jackson | Off The Wall | Off The Wall | 11-120 |
| Sony BMG Music Entertainment | Maxwell | Sumthin' Sumthin' | Maxwell's Urban Hang Suite | 221-404 |
| UMG Recordings, Inc. | Godsmack | Keep Away | Godsmack | 241-879 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 271-303 |
| Arista Records LLC | Kenny G | Everytime I Close My Eyes | The Moment | 236-228 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | Back For the First Time | 289-433 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |

**Exhibit A**

## Doe #8 (209.30.39.101 2004-09-14 13:30:29 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| Atlantic Recording Corporation | Jewel | You Were Meant for Me | Pieces of You | 198-481 |
| Sony BMG Music Entertainment | Dixie Chicks | I Can Love You Better | Wide Open Spaces | 252-000 |
| Priority Records LLC | Ice Cube | Roll All Day | War & Peace: Vol. 2 | 287-151 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| BMG Music | Martina McBride | I Love You | Emotion | 269-161 |
| BMG Music | Andy Griggs | You Won't Ever Be Lonely | You Won't Ever Be Lonely | 264-271 |
| Sony BMG Music Entertainment | Michael Jackson | The Way You Make Me Feel | Bad | 84-256 |
| UMG Recordings, Inc. | George Strait | Adalida | Lead On | 200-310 |

**Exhibit A**

## Doe  #9 (209.30.82.144 2004-09-13 13:03:18 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Montell Jordan | Let's Ride | Let's Ride | 251-334 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Sony BMG Music Entertainment | Allure | All Cried Out | Allure | 241-069 |
| Capitol Records, Inc. | Norah Jones | Don't Know Why | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Mary J. Blige | It's On | Share My World | 238-818 |
| UMG Recordings, Inc. | Ludacris | Stick Em Up | Back For the First Time | 289-433 |

**Exhibit A**

## Doe #10 (64.123.68.6 2004-08-23 05:12:13 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |
| UMG Recordings, Inc. | Sublime | Garden Grove | Sublime | 224-105 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| Virgin Records America, Inc. | A Perfect Circle | Hollow | Mer De Noms | 281-642 |
| Arista Records LLC | Next | Beauty Queen | Welcome II Nextasy | 284-980 |
| Maverick Recording Company | Deftones | My Own Summer | Around The Fur | 244-493 |
| Atlantic Recording Corporation | Trick Daddy | For All My Ladies | Thugs Are Us | 303-748 |
| Sony BMG Music Entertainment | Nas | Nas is Coming | It Was Written | 220-016 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |

**Exhibit A**

## Doe #11 (64.216.239.36 2004-08-21 01:35:19 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Virgin Records America, Inc. | Smashing Pumpkins | Ava Adore | Adore | 261-479 |
| Sony BMG Music Entertainment | Destiny's Child | Dangerously in Love | Survivor | 289-199 |
| Virgin Records America, Inc. | Smashing Pumpkins | Age of Innocence | Machina/The Machine of God | 278-424 |
| Elektra Entertainment Group Inc. | Bjork | Hyperballad | Telegram | 235-219 |

**Exhibit A**

## Doe #12 (64.217.218.202 2004-09-14 06:29:12 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Around The World | Californication | 174-922 |
| Maverick Recording Company | Alanis Morissette | Forgiven | Jagged Little Pill | 213-545 |
| Fonovisa, Inc. | Ana Barbara | Quise Olvidar | Tu Decision | 187-198 |
| UMG Recordings, Inc. | Sting | Shape Of My Heart | Ten Summoner's Tales | 174-453 |
| UMG Recordings, Inc. | Bryan Adams | Please Forgive Me | So Far So Good | 206-509 |
| Atlantic Recording Corporation | Sugar Ray | Abracadabra | 14:59 | 262-149 |
| Capitol Records, Inc. | Enanitos Verdes | Lamento Boliviano | Big Bang | 223-919 |

**Exhibit A**

## Doe #13 (65.42.82.96 2004-09-22 09:42:37 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Commodores | Oh No | In the Pocket | 27-457 |
| Arista Records LLC | Kenny G | Silhouette | Silhouette | 135-107 |
| Arista Records LLC | Toni Braxton | Love Shoulda Brought Your Home | Toni Braxton | 208-619 |
| Arista Records LLC | Toni Braxton | He Wasn't Man Enough | The Heat | 287-194 |
| Sony BMG Music Entertainment | Earth, Wind & Fire | Boogie Wonderland | I Am | 10-250 |
| Arista Records LLC | Toni Braxton | Talking in His Sleep | Secrets | 233-892 |
| Arista Records LLC | Kenny G | How Could An Angel Break My Heart | Kenny G Greatest Hits | 263-707 |
| Arista Records LLC | Kenny G | Songbird | Duotones | 79-028 |
| Arista Records LLC | Whitney Houston | I Bow Out | My Love is Your Love | 298-453 |

**Exhibit A**

## Doe #14 (65.65.107.76 2004-08-27 12:48:09 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Lil' Kim | Hold On | The Notorious K.I.M. | 286-624 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| Sony BMG Music Entertainment | Journey | Faithfully | Frontiers | 43-223 |
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Virgin Records America, Inc. | Janet Jackson | Throb | Janet | 174-392 |
| Sony BMG Music Entertainment | Sade | Smooth Operator | Diamond Life | 69-105 |
| Sony BMG Music Entertainment | Sade | Paradise | Stronger Than Pride | 93-822 |
| Arista Records LLC | Outkast | So Fresh, So Clean | Stankonia | 306-741 |
| Priority Records LLC | Ice Cube | Until We Rich | War & Peace: Vol. 2 | 287-151 |

**Exhibit A**

## Doe #15 (65.66.173.223 2004-08-23 04:58:12 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Norah Jones | Don't Know Why | Come Away With Me | 320-120 |
| UMG Recordings, Inc. | Bon Jovi | Never Say Goodbye | Slippery When Wet | 71-794 |
| Capitol Records, Inc. | Poison | I Want Action | Look What the Cat Dragged In | 82-349 |
| Sony BMG Music Entertainment | Jennifer Lopez | Love Don't Cost a Thing | J. Lo | 293-297 |
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Fonovisa, Inc. | Los Bukis | Necesito Una Companera | 16 Super Exitos | 149-919 |
| Arista Records LLC | Toni Braxton | You Mean the World to Me | Toni Braxton | 208-619 |
| Sony BMG Music Entertainment | Journey | Faithfully | Frontiers | 43-223 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |

**Exhibit A**

### Doe #16 (65.68.201.98 2004-09-08 09:15:14 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Sony BMG Music Entertainment | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| Maverick Recording Company | Alanis Morissette | You Oughta Know | Jagged Little Pill | 213-545 |
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| BMG Music | Lit | No Big Thing | A Place in the Sun | 264-272 |
| UMG Recordings, Inc. | George Strait | Carrying Your Love With Me | Carrying Your Love With Me | 238-679 |
| BMG Music | Dave Matthews Band | The Space Between | Everyday | 300-313 |
| UMG Recordings, Inc. | Counting Crows | Colorblind | This Desert Life | 271-316 |

**Exhibit A**

## Doe #17 (65.68.205.212 2004-08-27 05:14:03 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Alabama | Dixieland Delight | Closer You Get | 49-145 |
| Motown Record Company, L.P. | 98 Degrees | I Do (Cherish You) | 98 Degrees & Rising | 237-315 |
| BMG Music | Alabama | Song Of The South | Southern Star | 100-925 |
| Sony BMG Music Entertainment | Jennifer Lopez | Waiting For Tonight | On The 6 | 267-571 |
| Warner Bros. Records Inc. | Madonna | Express Yourself | Like a Prayer | 106-808 |
| Sony BMG Music Entertainment | Savage Garden | The Animal Song | Affirmation | 276-120 |

**Exhibit A**

## Doe #18 (65.69.141.137 2004-08-23 14:02:13 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Dru Hill | Never Make A Promise | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Avant | Get Away | My Thoughts | 281-220 |
| Arista Records LLC | Whitney Houston | I'm Every Woman | Bodyguard Soundtrack | 152-583 |
| BMG Music | SWV | Right Here | It's About Time | 146-905 |
| BMG Music | SWV | Rain | Release Some Tension | 249-300 |
| Arista Records LLC | Whitney Houston | One Moment In Time | Whitney The Greatest Hits | 284-891 |

**Exhibit A**

## Doe #19 (65.69.141.49 2004-09-16 00:04:52 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |
| Sony BMG Music Entertainment | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Atlantic Recording Corporation | Tracy Lawrence | Lessons Learned | Lessons Learned | 303-764 |
| Capitol Records, Inc. | Deana Carter | How Do I Get There? | Did I Shave My Legs For This? | 229-757 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| UMG Recordings, Inc. | Bon Jovi | Never Say Goodbye | Slippery When Wet | 71-794 |

**Exhibit A**

## Doe #20 (65.69.234.89 2004-09-22 13:52:01 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Clint Black | Like The Rain | Greatest Hits | 227-957 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| BMG Music | Eve 6 | Here's To The Night | Horrorscope | 285-024 |
| Sony BMG Music Entertainment | Korn | Falling Away from Me | Issues | 276-133 |
| UMG Recordings, Inc. | Sublime | Caress Me Down | Sublime | 224-105 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Atlantic Recording Corporation | OPM | Heaven Is A Halfpipe | Menace To Sobriety | 303-751 |

**Exhibit A**

## Doe #21 (65.71.252.95 2004-09-08 03:07:23 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Counting Crows | Goodnight Elisabeth | Recovering The Satellites | 226-415 |
| Sony BMG Music Entertainment | Nas | Nas is Coming | It Was Written | 220-016 |
| Warner Bros. Records Inc. | Devo | Whip It | Freedom of Choice | 17-936 |
| Arista Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Sony BMG Music Entertainment | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Warner Bros. Records Inc. | Green Day | Misery | Warning | 288-352 |
| BMG Music | Eve 6 | Open Road Song | Eve 6 | 257-983 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |

**Exhibit A**

## Doe #22 (65.71.26.74 2004-08-21 16:32:18 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Live | Lightning Crashes | Throwing Copper | 187-926 |
| Sony BMG Music Entertainment | Wham | Careless Whisper | Make It Big | 68-616 |
| BMG Music | Kenny Chesney | She's Got It All | I Will Stand | 238-371 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| Sony BMG Music Entertainment | Nena | 99 Luft Balloons | 99 Luft Balloons | 58-062 |
| Virgin Records America, Inc. | Kelis | Caught Out There | Kaleidoscope | 277-087 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |

**Exhibit A**

## Doe #23 (66.142.88.103 2004-09-01 14:06:11 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Arista Records LLC | Alan Jackson | Gone Country | Who I Am | 202-090 |
| Arista Records LLC | Brad Paisley | I'm Gonna Miss Her | Part II | 298-930 |
| Sony BMG Music Entertainment | Mary Chapin Carpenter | I Feel Lucky | Come On Come On | 145-470 |
| Arista Records LLC | Pink | Don't Let Me Get Me | Don't Let Me Get Me (single) | 309-896 |
| Capitol Records, Inc. | Bob Seger | Roll Me Away | Distance | 43-102 |
| BMG Music | Sara Evans | I Could Not Ask For More | Born To Fly | 291-176 |
| Arista Records LLC | Alan Jackson | Pop A Top | Under The Influence | 303-828 |
| Capitol Records, Inc. | Bob Seger | Like a Rock | Like a Rock | 76-353 |

**Exhibit A**

## Doe #24 (67.39.182.198 2004-09-04 00:31:31 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Destiny's Child | Confessions (featuring Missy Elliott) | The Writing's on the Wall | 268-936 |
| Sony BMG Music Entertainment | Michael Jackson | Billie Jean | Thriller | 41-965 |
| Sony BMG Music Entertainment | Michael Jackson | The Girl Is Mine (With Paul McCartney) | Thriller | 41-965 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| UMG Recordings, Inc. | One Way | Cutie Pie | Who's foolin' who? | 34-505 |
| Warner Bros. Records Inc. | Zapp | Do Wa Ditty | Zapp II | 37-321 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| UMG Recordings, Inc. | Guns N Roses | Paradise City | Appetite for Destruction | 85-358 |

**Exhibit A**

## Doe #25 (67.64.117.209 2004-10-05 10:03:00 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Arista Records LLC | Toni Braxton | He Wasn't Man Enough | The Heat | 287-194 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| BMG Music | Tyrese | I Like Them Girls | 2000 Watts | 293-345 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Sony BMG Music Entertainment | Journey | Don't Stop Believin' | Escape | 30-088 |
| Sony BMG Music Entertainment | Mariah Carey | Close My Eyes | Butterfly | 244-014 |
| UMG Recordings, Inc. | Sublime | Slow Ride | Second Hand Smoke | 246-011 |

**Exhibit A**

### Doe  #26 (67.65.202.18 2004-08-20 13:46:11 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Enigma | Sadeness | MCMXC, A.D. | 126-800 |
| Priority Records LLC | Snoop Dogg | Still A G Thang | Da Game Is To Be Sold, Not To Be Told | 260-056 |
| Arista Records LLC | Brooks & Dunn | She Used To Be Mine | Hard Workin' Man | 168-005 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |
| Atlantic Recording Corporation | Lil' Kim | She Don't Love You | The Notorious K.I.M. | 286-624 |
| Sony BMG Music Entertainment | Celine Dion | Tell Him (Duet With Barbra Streisand) | Let's Talk About Love | 248-109 |
| Interscope Records | Dr. Dre | Bang Bang | 2001 | 277-983 |
| UMG Recordings, Inc. | Guns N Roses | Anything Goes | Appetite for Destruction | 85-358 |

**Exhibit A**

## Doe #27 (67.67.160.187 2004-09-07 12:30:33 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Capitol Records, Inc. | Enanitos Verdes | Lamento Boliviano | Big Bang | 223-919 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Road Trippin' | Californication | 174-922 |
| Sony BMG Music Entertainment | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Fonovisa, Inc. | Los Temerarios | Es Ella La Causa | Como Te Recuerdo | 250-381 |
| BMG Music | Foo Fighters | Breakout | There Is Nothing Left To Lose | 285-034 |
| Warner Bros. Records Inc. | Green Day | Waiting | Warning | 288-352 |
| UMG Recordings, Inc. | Bon Jovi | One Wild Night | Crush | 281-803 |
| Fonovisa, Inc. | Los Tigres Del Norte | Ya Te Vale | Para Adoloridos | 137-357 |
| Fonovisa, Inc. | Los Rieleros Del Norte | El Columpio | El Invencible | 224-629 |
| UMG Recordings, Inc. | Hanson | MMMBop | Middle Of Nowhere | 238-338 |

**Exhibit A**

## Doe #28 (68.88.15.23 2004-09-27 12:15:33 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Sony BMG Music Entertainment | Savage Garden | I Don't Know You Anymore | Affirmation | 276-120 |
| Interscope Records | Eminem | As The World Turns | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | Shania Twain | You've Got A Way | Come On Over | 243-502 |
| Elektra Entertainment Group Inc. | En Vogue | Don't Let Go (Love) | EV3 | 188-664 |
| Arista Records LLC | Alan Jackson | It Must Be Love | Under The Influence | 303-828 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| Sony BMG Music Entertainment | Journey | Don't Stop Believin' | Escape | 30-088 |

**Exhibit A**

## Doe #29 (68.89.131.194 2004-09-29 12:14:39 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | Snoop Dogg | Leave Me Alone | Tha Last Meal | 317-638 |
| Interscope Records | No Doubt | Underneath it All | Rock Steady | 305-872 |
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| Capitol Records, Inc. | Thalia | A Quien Le Importa | Thalia | 317-586 |
| UMG Recordings, Inc. | Godsmack | Awake | Awake | 293-376 |
| BMG Music | Emilio Navaira | Lo Dice Tu Mirada | Lo Dice Tu Mirada | 304-529 |

**Exhibit A**

## Doe #30 (68.89.136.212 2004-09-08 03:18:01 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| Sony BMG Music Entertainment | Nas | Rule | Stillmatic | 305-698 |
| BMG Music | Alicia Keys | A Woman's Worth | Songs in A Minor | 299-410 |
| Sony BMG Music Entertainment | Meat Loaf | Two Out Of Three Ain't Bad | Bat Out Of Hell | N46849 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Motown Record Company, L.P. | Mary Jane Girls | All Night Long | Mary Jane Girls | 44-100 |
| UMG Recordings, Inc. | Nelly | Ride Wit Me | Country Grammar | 281-782 |
| Priority Records LLC | Snoop Dogg | Leave Me Alone | Tha Last Meal | 317-638 |

**Exhibit A**

## Doe #31 (68.90.172.17 2004-09-10 16:32:13 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| BMG Music | SWV | I'm So Into You | It's About Time | 146-905 |
| UMG Recordings, Inc. | Ludacris | Freaky Thangs | Word of Mouf | 304-605 |
| Sony BMG Music Entertainment | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |

**Exhibit A**

## Doe #32 (68.90.183.118 2004-09-01 13:21:04 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | What's My Name? | ...And Then There Was X | 279-017 |
| Capitol Records, Inc. | Bob Seger | Roll Me Away | Distance | 43-102 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | The Power of Equality | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Nelly | Ride Wit Me | Country Grammar | 281-782 |
| Sony BMG Music Entertainment | Nas | I Gave You Power | It Was Written | 220-016 |
| BMG Music | Dave Matthews Band | Everyday | Everyday | 300-313 |
| Atlantic Recording Corporation | Matchbox 20 | Shame | Yourself or Someone Like You | 227-755 |
| Capitol Records, Inc. | Robbie Williams | Angels | The Ego Has Landed | 174-566 |

**Exhibit A**
**Exhibit A**

### Doe #33 (68.90.226.67 2004-10-05 14:28:06 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Matchbox 20 | Back 2 Good | Yourself or Someone Like You | 227-755 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| Sony BMG Music Entertainment | Journey | Don't Stop Believin' | Escape | 30-088 |
| Capitol Records, Inc. | Everclear | Everything to Everyone | So Much for the Afterglow | 181-328 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |
| BMG Music | Lit | Miserable | A Place in the Sun | 264-272 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| BMG Music | Alabama | Dixieland Delight | Closer You Get | 49-145 |

**Exhibit A**

## Doe #34 (68.90.47.73 2004-09-15 13:22:05 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Thalia | A Quien Le Importa | Thalia | 317-586 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| Capitol Records, Inc. | George Clinton | Atomic Dog | Computer Games | 43-549 |
| Sony BMG Music Entertainment | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Sony BMG Music Entertainment | Wham | Careless Whisper | Make It Big | 68-616 |
| Arista Records LLC | Alan Jackson | Midnight In Montgomery | Don't Rock the Jukebox | 138-302 |
| Sony BMG Music Entertainment | Sade | Smooth Operator | Diamond Life | 69-105 |
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |

**Exhibit A**

## Doe #35 (68.91.101.79 2004-09-20 06:03:48 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Eurythmics | Missionary Man | Revenge | 76-501 |
| Capitol Records, Inc. | Duran Duran | Wild Boys | Arena | 58-461 |
| BMG Music | Sara Evans | Born To Fly | Born To Fly | 291-176 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| UMG Recordings, Inc. | Sublime | Badfish | Second Hand Smoke | 246-011 |
| BMG Music | Eurythmics | Sweet Dreams (Are Made Of This) | Sweet Dreams (Are Made of This) | 46-186 |
| Atlantic Recording Corporation | Hootie & The Blowfish | Let Her Cry | Cracked Rear View | 193-960 |

**Exhibit A**

## Doe #36 (68.91.102.224 2004-09-24 07:59:00 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Thalia | A Quien Le Importa | Thalia | 317-586 |
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| Capitol Records, Inc. | Pink Floyd | Goodbye Blue Sky | The Wall | 14-787 |
| Atlantic Recording Corporation | Jewel | Hands | Spirit | 261-953 |
| Arista Records LLC | Alan Jackson | Midnight In Montgomery | Don't Rock the Jukebox | 138-302 |
| Sony BMG Music Entertainment | Sade | Pearls | Love Deluxe | 183-731 |
| Sony BMG Music Entertainment | Sade | Smooth Operator | Diamond Life | 69-105 |
| Sony BMG Music Entertainment | Sade | Jezebel | Promise | 71-848 |

**Exhibit A**

**Doe #37 (68.92.199.173 2004-09-22 18:32:39 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Alicia Keys | A Woman's Worth | Songs in A Minor | 299-410 |
| Fonovisa, Inc. | Bronco | Sergio El Bailador | 20 Exitos | 256-014 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |
| Sony BMG Music Entertainment | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| BMG Music | Christina Aguilera | Reflection | Christina Aguilera | 274-004 |
| UMG Recordings, Inc. | Ja Rule | Between You and Me | Rule 3:36 | 270-080 |
| Fonovisa, Inc. | Bronco | Libros Tontos | Oro 2000 | 259-010 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |

**Exhibit A**

## Doe #38 (68.92.205.76 2004-10-07 01:22:28 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | NWA | Express Yourself | Straight Outta Compton | 150-531 |
| Sony BMG Music Entertainment | Journey | Don't Stop Believin' | Escape | 30-088 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| BMG Music | Alabama | Down Home | Pass it on Down | 121-480 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Arista Records LLC | Brooks & Dunn | She Used To Be Mine | Hard Workin' Man | 168-005 |

**Exhibit A**

## Doe #39 (68.92.215.99 2004-09-14 15:48:29 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Savage Garden | To The Moon & Back | Savage Garden | 299-097 |
| Capitol Records, Inc. | Thalia | A Quien Le Importa | Thalia | 317-586 |
| Fonovisa, Inc. | Marco Antonio Solis | Inventame | Trozos De Mi Alma | 264-718 |
| Virgin Records America, Inc. | A Perfect Circle | Three Libras | Mer De Noms | 281-642 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Capitol Records, Inc. | Enanitos Verdes | Lamento Boliviano | Big Bang | 223-919 |
| Sony BMG Music Entertainment | Incubus | Are You In? | Morning View | 306-181 |
| BMG Music | Cristian | Lloviendo Estrellas | Azul | 215-047 |

**Exhibit A**

## Doe #40 (68.92.217.25 2004-09-06 04:35:08 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Toni Braxton | Come on Over Here | Secrets | 233-892 |
| UMG Recordings, Inc. | Shaggy | Hot Shot | Hot Shot | 286-657 |
| Arista Records LLC | Toni Braxton | Love Affair | Toni Braxton | 208-619 |
| UMG Recordings, Inc. | Avant | Get Away | My Thoughts | 281-220 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Sony BMG Music Entertainment | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |

**Exhibit A**

## Doe #41 (68.93.106.74 2004-09-24 16:02:26 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Sony BMG Music Entertainment | Wham | Careless Whisper | Make It Big | 68-616 |
| Capitol Records, Inc. | Norah Jones | Cold Cold Heart | Come Away With Me | 320-120 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |
| Sony BMG Music Entertainment | Journey | Don't Stop Believin' | Escape | 30-088 |
| UMG Recordings, Inc. | Rob Zombie | Superbeast | Hellbilly Deluxe | 257-901 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| BMG Music | Vertical Horizon | Best I Ever Had (Grey Sky Morning) | Everything You Want | 277-868 |

**Exhibit A**

## Doe #42 (68.93.60.205 2004-09-16 04:41:45 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Musiq | Dontchange | Juslisen | 308-859 |
| Arista Records LLC | Avril Lavigne | Losing Grip | Let Go | 312-786 |
| Fonovisa, Inc. | Los Temerarios | Por Que Te Conci | Como Te Recuerdo | 250-381 |
| BMG Music | Kenny Chesney | You Had Me From Hello | Everywhere We Go | 263-302 |
| Fonovisa, Inc. | Los Bukis | Yo Te Necesito | Yo Te Necesito | 149-684 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |

**Exhibit A**

## Doe #43 (68.94.16.113 2004-09-02 15:36:24 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Sade | Paradise | Stronger Than Pride | 93-822 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| Sony BMG Music Entertainment | Mariah Carey | Dreamlover | Music Box | 178-631 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| UMG Recordings, Inc. | One Way | Cutie Pie | Who's foolin' who? | 34-505 |
| Arista Records LLC | Whitney Houston | Exhale (Shoop, Shoop) | Waiting to Exhale Soundtrack | 219-539 |
| Sony BMG Music Entertainment | Mariah Carey | Vision Of Love | Mariah Carey | 118-408 |

**Exhibit A**

## Doe #44 (68.94.196.197 2004-08-21 20:15:46 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | A Perfect Circle | Magdalena | Mer De Noms | 281-642 |
| Virgin Records America, Inc. | Ben Harper | Beloved One | Burn To Shine | 273-400 |
| Sony BMG Music Entertainment | Incubus | Circles | Morning View | 306-181 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Maverick Recording Company | Deftones | Be Quiet And Drive | Around The Fur | 244-493 |
| Sony BMG Music Entertainment | Incubus | Stellar | Make Yourself | 278-818 |
| UMG Recordings, Inc. | Godsmack | Whatever | Godsmack | 241-879 |
| Sony BMG Music Entertainment | Incubus | Deep Inside | SCIENCE | 249-690 |
| UMG Recordings, Inc. | Godsmack | Awake | Awake | 293-376 |
| Virgin Records America, Inc. | Ben Harper | Another Lonely Day | Fight For Your Mind | 210-135 |
| Maverick Recording Company | Candlebox | Far Behind | Candlebox | 171-393 |

**Exhibit A**

## Doe #45 (68.94.230.201 2004-08-27 15:17:05 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Foolish Games | Pieces of You | 198-481 |
| Warner Bros. Records Inc. | The Time | Jungle Love | Ice Cream Castle | 55-021 |
| Sony BMG Music Entertainment | Babyface | You Are So Beautiful | For The Cool In You | 184-540 |
| UMG Recordings, Inc. | Grupo Limite | Con La Misma Piedra | Por Puro Amor | 210-207 |
| Fonovisa, Inc. | Banda Machos | La Culebra | Casimira | 144-611 |
| Interscope Records | Enrique Iglesias | You're My #1 | Enrique | 214-257 |
| Fonovisa, Inc. | Los Temerarios | Por Que Te Conci | Como Te Recuerdo | 250-381 |
| UMG Recordings, Inc. | Dru Hill | The Love We Had (Stays on My Mind) | Enter the Dru | 290-402 |
| Fonovisa, Inc. | Los Temerarios | Te Hice Mal | En La Madrugada Se Fue | 278-322 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |

**Exhibit A**

## Doe #46 (68.94.43.95 2004-09-30 18:30:09 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | Exhale (Shoop, Shoop) | Waiting to Exhale Soundtrack | 219-539 |
| Arista Records LLC | Shannon Curfman | Love Me Like That | Loud Guitars, Big Suspicions | 303-839 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| Sony BMG Music Entertainment | Sade | Paradise | Stronger Than Pride | 93-822 |
| UMG Recordings, Inc. | LL Cool J | Rock the Bells | Radio | 70-045 |
| Capitol Records, Inc. | Bonnie Raitt | Good Man, Good Woman | Luck of the Draw | 133-193 |

**Exhibit A**

## Doe #47 (68.94.7.179 2004-10-01 12:33:15 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |
| Sony BMG Music Entertainment | Sade | Is It a Crime | Promise | 71-848 |
| UMG Recordings, Inc. | LL Cool J | Rock the Bells | Radio | 70-045 |
| Capitol Records, Inc. | MC Hammer | U Can't Touch This | Please Hammer Don't Hurt 'Em | 133-683 |
| Arista Records LLC | Shannon Curfman | Love Me Like That | Loud Guitars, Big Suspicions | 303-839 |
| Arista Records LLC | Whitney Houston | Exhale (Shoop, Shoop) | Waiting to Exhale Soundtrack | 219-539 |
| Sony BMG Music Entertainment | Mariah Carey | Dreamlover | Music Box | 178-631 |

**Exhibit A**

## Doe #48 (68.95.238.251 2004-08-25 11:12:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Grand Funk Railroad | We're An American Band | We're An American Band | N-9482 |
| Atlantic Recording Corporation | Foreigner | Waiting For A Girl Like You | Foreigner 4 | 27-769 |
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |
| Warner Bros. Records Inc. | Linkin Park | A Place For My Head | Hybrid Theory | 288-402 |
| BMG Music | Kenny Chesney | Because Of Your Love | Greatest Hits | 277-700 |
| BMG Music | Martina McBride | A Broken Wing | Evolution | 240-332 |
| UMG Recordings, Inc. | George Strait | Blue Clear Sky | Blue Clear Sky | 221-625 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Sony BMG Music Entertainment | The Clash | Lost In The Supermarket | London Calling | 16-270 |

**Exhibit A**

## Doe #49 (68.95.83.243 2004-08-25 21:31:25 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Maverick Recording Company | Michelle Branch | All You Wanted | The Spirit Room | 303-732 |
| Virgin Records America, Inc. | D'Angelo | Untitled (How Does It Feel) | Voodoo | 280-480 |
| Arista Records LLC | Toni Braxton | He Wasn't Man Enough | The Heat | 287-194 |
| Fonovisa, Inc. | Marco Antonio Solis | Inventame | Trozos De Mi Alma | 264-718 |
| Virgin Records America, Inc. | A Perfect Circle | Three Libras | Mer De Noms | 281-642 |
| UMG Recordings, Inc. | Sheryl Crow | My Favorite Mistake | The Globe Sessions | 279-383 |
| Fonovisa, Inc. | Bronco | Que No Quede Huella | 20 Exitos | 256-014 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |

**Exhibit A**

## Doe #50 (68.95.9.81 2004-09-03 00:27:47 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |
| Sony BMG Music Entertainment | Cheryl Lynn | Encore | Preppie | 52-230 |
| Virgin Records America, Inc. | Janet Jackson | Back | Janet | 174-392 |
| Arista Records LLC | Westlife | Miss You | Westlife | 284-150 |
| Sony BMG Music Entertainment | Destiny's Child | Dangerously in Love | Survivor | 289-199 |
| Priority Records LLC | Mack 10 | Foe Life | Mack 10 | 210-237 |
| Sony BMG Music Entertainment | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Arista Records LLC | Whitney Houston | Exhale (Shoop, Shoop) | Waiting to Exhale Soundtrack | 219-539 |
| Elektra Entertainment Group Inc. | Yolanda Adams | Fragile Heart | Mountain High Valley Low | 278-575 |

**Exhibit A**

## Doe #51 (68.93.101.32 2004-08-26 17:09:13 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Poison | Fallen Angel | Open Up & Say....Ahh! | 93-741 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |
| UMG Recordings, Inc. | Bon Jovi | You Give Love a Bad Name | Slippery When Wet | 71-794 |
| UMG Recordings, Inc. | Bryan Adams | Please Forgive Me | So Far So Good | 206-509 |
| Sony BMG Music Entertainment | Celine Dion | If You Asked Me | Celine Dion | 144-117 |
| UMG Recordings, Inc. | George Strait | Carrying Your Love With Me | Carrying Your Love With Me | 238-679 |
| UMG Recordings, Inc. | Janet Jackson | Nasty | Control | 69-529 |
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | True Blue | 71-923 |
| UMG Recordings, Inc. | Shania Twain | (If You're Not in It For Love) I'm Outta… | The Woman in Me | 207-884 |